UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DIVISION

IN RE:                                           CASE NO. 17-12383
                                                 CHAPTER 13
TRACY A. ROBINSON
                                                 JUDGE JEFFERY P. HOPKINS

          DEBTOR                                 **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Margaret A. Burks files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** FCI LENDER SERVICES, INC.

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 1413 | $12,248.25 | $12,248.25 | $12,248.25 |
| Total Amount Paid by Trustee | | | | $12,248.25 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit          __  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

See attached Memorandum detailing post-petition payments if case is a Conduit.

CASE NO. 17-12383

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

   by **first class mail** on July 15, 2022 addressed to:

TRACY A. ROBINSON, P.O. BOX 295, BETHEL, OH 45106-0295

FCI LENDER SERVICES, INC., P.O. BOX 27370, ANAHEIM HILLS, CA 92809

                                    /s/ MARGARET A BURKS, TRUSTEE
                                        MARGARET A BURKS, TRUSTEE
                                        CHAPTER 13 TRUSTEE
                                        600 VINE, SUITE 2200
                                        CINCINNATI, OH 45202

**CHAPTER 13 TRUSTEE'S MEMORANDUM REGARDING NOTICE OF FINAL CURE**

In addition to paying the pre-petition mortgage arrearage claim(s) totaling $12,248.25 to FCI LENDERS SERVICES, INC., the Trustee also paid post-petition payments as follows:

$1,287.75 for the months of JULY 2017 - APRIL 2020 subtotaling $43,783.50;

$1,358.64 for the months of MAY 2020 - APRIL 2021 subtotaling $16,303.68;

$1,313.62 for the months of MAY 2021 - APRIL 2022 subtotaling $15,763.44;

$1,371.23 for the months of MAY 2022 - JUNE 2022 subtotaling $2,742.46.

Debtor(s) must resume the regular mortgage payment beginning with the July 2022 mortgage payment.